**Order entered August 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01214-CV

## HCD HOUSTON CORPORATION, TRT HOLDINGS, INC., OMNI HOTELS MANAGEMENT CORPORATION AND ALLEGIANCE HOSPITALITY SERVICE COMPANY, LLC, Appellants

### V.

## PAM ESLINGER, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF ELLA JILL RENICK; AND OLETA RENICK, INDIVIDUALLY, Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-07211

## ORDER

The Court has before it appellees' August 14, 2019 unopposed motion to lift stay for the limited purposes of amending their petition to add OHMC as a defendant and for the trial court to rule on an agreed motion to abate claims against OHMC pending an arbitrator's decision. We **GRANT** the motion and lift the stay for **thirty days** from the date of this order to allow the parties to accomplish the limited purposes stated in the motion. **The stay will be automatically reinstated at the end of the thirty-day period**.

/s/     BILL WHITEHILL
PRESIDING JUSTICE